IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **NATIONAL CHENG KUNG UNIVERSITY,**  Plaintiff,  v.  **APPLE INC.,**  Defendant. | Civil Action No.  2:13-cv-00378  **(Lead Case)** |
| **NATIONAL CHENG KUNG UNIVERSITY,**  Plaintiff,  v.  **CISCO SYSTEMS, INC.,**  Defendant. | Civil Action No.  2:13-cv-00470  **(Member Case)** |

## ORDER OF DISMISSAL WITH PREJUDICE

On this day, Plaintiff National Cheng Kung University ("NCKU") and Defendant Cisco Systems, Inc. ("Cisco"), the parties to the above-referenced Member Case 2:13-cv-00470, announced to the Court that they have settled their respective claims for relief asserted in this case. The Court, having considered this request, is of the opinion that their request for dismissal should be GRANTED.

IT IS THEREFORE ORDERED that the above-entitled cause and all claims against Cisco by NCKU and against NCKU by Cisco herein are dismissed, with prejudice to the re-filing of same.

IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

This is a final judgment.

The clerk is ORDERED to terminate Cisco from Case No. 2:13-cv-378, and the clerk is ORDERED to close Case No. 2:13-cv-470.

**SIGNED this 17th day of June, 2014.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE